

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-12-00080-CV

KIRK WIED                                                    APPELLANT

V.

SEQUOYAH FINANCIAL, LLC AN                                   APPELLEE
OKLAHOMA LIMITED LIABILITY
COMPANY

------------

## FROM THE 96TH DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered "Appellant Kirk Wied's Unopposed Motion To Dismiss." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

---

[1]*See* Tex. R. App. P. 47.4.

Costs of the appeal shall be paid by appellant, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL:  GARDNER, WALKER, and MCCOY, JJ.

DELIVERED:  March 15, 2012